# IN THE SUPREME COURT OF THE STATE OF NEVADA

R&R/CRR HOLDINGS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY, D/B/A B&P, SUCCESSOR-
IN-INTEREST TO BROWN &
PARTNERS, INC.,
Appellant/Cross-Respondent,
vs.
CARY BOEDDEKER KRUKOWSKI,
Respondent/Cross-Appellant.

No. 64300

**FILED**

SEP 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having reviewed the parties' September 5, 2014, stipulation to dismiss this appeal and cross-appeal, the stipulation is approved, and this appeal and cross-appeal are hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maru Y Jinda_

cc: Hon. Jerry A. Wiese, District Judge
Flangas Dalacas Law Group, Inc.
O'Reilly Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-32487